**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 08-7073**

───────────

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

    v.

LUIS PEREZ, a/k/a Luis Quilson,

         Defendant - Appellant.

───────────

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, Chief District Judge. (3:04-cr-00057-JPB-JES-l)

───────────

Submitted: April 23, 2009        Decided: April 30, 2009

───────────

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Luis Perez, Appellant Pro Se. Paul Thomas Camilletti, Thomas Oliver Mucklow, Assistant United States Attorneys, Martinsburg, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Perez appeals from the district court's orders denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006), and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Perez, No. 3:04-cr-00057-JPB-JES-l (N.D.W. Va. May 30, 2008; June 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED